In the Matter of the Claim of KATHERINE MEISSNER, Respondent, against GOOD SAMARITAN HOSPITAL OF SUFFERN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

*Charles P. Barre* for motion.
No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.